**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

MARIA HERNANDEZ,
*on behalf of herself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

v.

THATFORD LODGING, LLC.,
    d/b/a SURFACE INN,
OSBORN OPERATING HOSPITALITY CORP.,
    d/b/a QUALITY INN,
KULWANT DEOL,
AMAR THIND, and
J.K. SANDHU,

                Defendants.

---

Case No.: 22-cv-00283

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that Plaintiff, MARIA HERNANDEZ, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action without prejudice as to the Defendants THATFORD LODGING, LLC., d/b/a SURFACE INN, OSBORN OPERATING HOSPITALITY CORP., d/b/a QUALITY INN, KULWANT DEOL, AMAR THIND, and J.K. SANDHU, without costs or attorneys' fees to any party.

Dated: April 21, 2022
       New York, New York

                                           LEE LITIGATION GROUP, PLLC

                                           */s/ C. K. Lee*
                                           C.K. Lee, Esq.
                                           *Attorney for Plaintiff, FLSA Collective Plaintiffs, and the Class*
                                           148 West 24th Street, Eighth Floor
                                           New York, NY 10011
                                           Tel.: 212-465-1188
                                           Fax: 212-465-1181